# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Marie C. Koepp, | Civil No. 10-3804 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| CentraCare Health System of St. Cloud, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 3, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge